# Exhibit 1

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This Settlement Agreement and Release of Claims (hereinafter "Agreement") is made among, by and between Plaintiff Amanda McGuff, Opt-in Plaintiff Tara Boothe (hereinafter "Plaintiffs") and Defendant Western Rasp, Inc. (hereinafter "Defendant" or "Western Rasp"), collectively referred to hereafter as "the Parties."   In consideration of the covenants set forth herein, the Parties agree as follows:

### Recitals and Purpose

This Agreement is made and executed for the purpose of settling Fair Labor Standards Act claims between the Parties made by Plaintiffs against Defendant as more particularly set forth in the present litigation currently pending in the United States District Court for the Southern District of Alabama, Southern Division, *Amanda McGuff v. Western Rasp, Inc.,* CV-15-497 ("the Lawsuit"). Plaintiffs allege that the Defendant deprived them of lawful wages pursuant to the Fair Labor Standards Act. The Defendant denies the allegations in the Complaint. This Agreement effectuates a compromise in settlement of disputed claims, and any and all liability on the part of Defendant is disputed and denied. Further, payment of the sum described herein is not and is not to be construed as an admission of liability on the part of the Defendant.

### Terms of Settlement

Pursuant to this Agreement, Defendant agrees to pay, subject to all applicable taxes and withholdings, $8300 representing equal portions back pay and liquidated damages to McGuff and $10,000 representing equal portions back pay and liquidated damages to Boothe. The Parties acknowledge that said sums exceed complete relief of all claims alleged in the Lawsuit. Defendant will also pay $15,500 in attorneys' fees and costs. Said payments shall be delivered to

1

PD.19149834.3

counsel for Plaintiffs within three business days after the date of the entry of the Court's order approving settlement.

For the foregoing consideration paid, Plaintiffs agree to indemnify, defend, and forever hold harmless the Defendant against any liability it may incur as a result of any taxes assessed or hereinafter assessed by the Internal Revenue Service in consequence of the payment by Defendant for any amounts in settlement of this matter.

### Release

In exchange for the consideration described above, Plaintiffs do hereby release the Defendant, together with its parent companies, subsidiaries, affiliates, related companies, officers, directors, employees, agents, heirs, executors, administrators, successors and assigns from any and all claims, demands, back and front pay, costs, expenses and fees arising under the Fair Labor Standards Act (29 U.S.C. § 201, et seq.), for work performed as an employee of Western Rasp, Inc. prior to the execution of this Agreement.

Plaintiffs further state that, upon receipt of the settlement sum, they have been fully compensated for their claims under the Fair Labor Standards Act as set forth in the Lawsuit. Plaintiffs also represent and certify that upon payment of the settlement sum they have received full payment for all hours worked while employed during the relevant period, including overtime hours, bonuses and vacation pay.

### Entire Agreement

This Agreement embodies the entire Agreement of the Parties. It is further warranted that no promises or inducements not herein expressed have been made and that in executing this Agreement Plaintiffs do not rely upon any statement or representation made by any person or party released or by their agents, attorneys, or representatives, concerning the nature, extent, or

2

PD.19149834.3

duration of the various losses, expenses, or damages or concerning the legal liability for the same, or concerning any other thing or matter.

Plaintiffs hereby represent and warrant that they are adults and otherwise competent to execute and enter into this Agreement. Plaintiffs represent and warrant that before signing and sealing this Agreement, they fully informed themselves as to the contents, meaning and legal significance of same and so executed this Agreement freely and with full knowledge of these premises.

This Agreement is executed in multiple copies with each of the executed documents to be deemed an original thereof.

**Plaintiff:**  Amanda McGuff

Signature:  _Amanda McGuff_

Date:  _4/6/16_

STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned authority, a Notary Public, in and for said State and County, hereby certify that AMANDA MCGUFF, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal on this the __6th__ day of April, 2016.

_Jenny S. Journal_
NOTARY PUBLIC
My commission expires: _April 17, 2016_

3

PD.19149834.3

**Opt-In Plaintiff:**      Tara Boothe

Signature: _TaraBoothe_

Date: _4/5/16_

STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned authority, a Notary Public, in and for said State and County, hereby certify that TARA BOOTHE, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal on this the __05__ day of April, 2016.

_Mariellen Admire_

NOTARY PUBLIC

My commission expires: _____

COMMISSION EXPIRES: 06/19/17

4

PD.19149834.3

**For Defendant:** Western Rasp, Inc.

Signature: _____

By:       David Rasp

Title:    President

Date:     April 1, 2016


STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned authority, a Notary Public, in and for said State and County, hereby certify that DAVID RASP, a duly authorized agent of Western Rasp, Inc. whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal on this the 1st day of April, 2016.

_____
NOTARY PUBLIC

My commission expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: 11/25/2017
BONDED THRU NOTARY PUBLIC UNDERWRITERS

5

PD.19149834.3